EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm 6-100
Honolulu, Hawaii 96850
Telephone: 808 656-1374
Facsimile: 808 656-1370
Email: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 29 2005

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Criminal No: CR 05-00266 |
|---|---|
| Plaintiff, | ) Citation No: A1446908/H-10 |
| vs. | ) NOTICE OF COMPLIANCE |
| DAVID A. FOSTER, | ) WITH SENTENCE |
| Defendant. | ) Compliance Date: November 22, 2005 |

NOTICE OF COMPLIANCE WITH SENTENCE

COMES NOW THE PLAINTIFF, the United States of America, by and through its attorneys, EDWARD H. KUBO, JR, United States Attorney, and GABRIEL COLWELL, Special Assistant United States

Attorney, and hereby notifies the Court that defendant, DAVID A. FOSTER, has complied with the sentence requirements imposed on August 23, 2005.

    DATED:  December 29, 2005, Honolulu, Hawaii.

                  EDWARD H. KUBO, JR
                  United States Attorney
                  District of Hawaii

                  _____
                  GABRIEL COLWELL
                  Special Assistant U.S. Attorney

United States v. DAVID A. FOSTER
CR. NO. 05-00266
"NOTICE OF COMPLIANCE"